**No. 69352.**—Williams Clarke Company and Southern Cal. Trading Corp. *v.* United States, protests 64/7348, 63/8040, and 63/8060 (Los Angeles).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish blocks similar in all material respects to those the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiffs was sustained.